Honorable Judge Leighton

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SITTING IN TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-5526RBL |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO FILE |
| | ) | SENTENCING MEMORANDUM UNDER |
| and | ) | SEAL |
| | ) | |
| COURTNEY WEMMER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, Courtney Wemmer, by and through her attorney, Gary Clower, files this Motion to

Seal.

The Defense hereby requests that the Defendant's Sentencing Memorandum in the above

captioned matter, which will be filed under seal subsequent to the filing of this motion, be allowed to

remain under seal.

RESPECTFULLY submitted this 18th day of February, 2009.

GARY M. CLOWER LAW OFFICE

By: /s/ Gary M. Clower
GARY M. CLOWER WSB# 13720
Attorney for Defendant
535 Dock Street, Ste 100
Tacoma, WA 98402
Telephone: (253) 383-5346
Fax: (253) 472-6662
E-mail: tsclower@aol.com

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA 98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662

1

2                                  CERTIFICATE OF SERVICE

3          I hereby certify that on February 18, 2009, I electronically filed the foregoing with the

4   Clerk of the Court using the ECF system which will send notification of such filing to the

5   attorney of record for the Plaintiff.

6
                                                  /s/ Emily Fain
7                                                 EMILY FAIN, Legal Assistant
                                                  Law Office of Gary Clower
8                                                 535 Dock Street, Ste 100
                                                  Tacoma, WA 98402
9                                                 Telephone: (253) 383-5346
                                                  Fax: (253) 428-3836
10                                                E-mail: garyclower@yahoo.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   DEFENDANT'S MOTION TO FILE SENTENCING
     MEMORANDUM UNDER SEAL
27   Page 2 of 2

28

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA  98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662