Honorable Judge Leighton

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SITTING IN TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR07-5526RBL |
| Plaintiff, ) | DEFENDANT'S SENTENCING |
| and ) | MEMORANDUM |
| ) | |
| COURTNEY WEMMER, ) | |
| Defendant. ) | |
| _____) | |

## I. INTRODUCTION

Defendant, Courtney Wemmer, entered a plea of guilty to Count One of an Information charging False Information on Tax Return. The statutory maximum term is 3 years.

## II. FACTUAL FINDINGS AND GUIDELINE CALCULATIONS

The Defendant agrees with the recitation of facts set forth in the Presentence Report. Ms Wemmer has an offense level of 10, with a guideline sentencing range of 6-12 months.

## III. ASSISTANCE TO THE GOVERNMENT

While the parties have agreed that the Government will not file a Motion pursuant to Section 5 K 1.1, Courtney Wemmer provided valuable cooperation to the government. As noted in the Government Sentencing Memorandum, David Vinson and Courtney Wemmer were the first suspects to cooperate with the government. Additionally, they immediately turned over $17,000.00 as partial

DEFENDANT'S SENTENCING
MEMORANDUM
Page 1 of 2

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA 98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662

restitution. They each have cooperated in every way possible and their cooperation was very useful to the government.

### IV.  SENTENCING RECOMMENDATION

Ms. Wemmer respectfully asks that the Court adopt the sentencing recommendation of the probation department and of the government for a sentence at the low end of the sentencing guideline range, 6 months. Further, the defense understands that the government and probation will recommend to the court that the sentence be served on Electronic Home Monitoring.

RESPECTFULLY submitted this 18th day of February, 2009.

GARY M. CLOWER LAW OFFICE

By: /s/ Gary M. Clower
    GARY M. CLOWER WSB# 13720
    Attorney for Defendant

DEFENDANT'S SENTENCING
MEMORANDUM
Page 2 of 2

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA 98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662