THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SITTING IN TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR07-5526RBL |
| ) | |
| Plaintiff, ) | ORDER TEMPORARILY RELEASING |
| ) | COURTNEY WEMMER FROM CUSTODY |
| and ) | (AGREED) |
| ) | |
| COURTNEY WEMMER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

THIS MATTER having come on regularly before the above entitled Court; the Defendant, COURTNEY WEMMER, having appeared by and through her attorney, GARY M. CLOWER; and the Court being fully appraised of the matter, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the Defendant, COURTNEY WEMMER, will be released from Electric Home Monitoring beginning the morning of June 12, 2009 for the purpose of attending her wedding and reception and be reconnected no later then 10:00 a.m. the morning of June 15, 2009.

DATED this 13th day of April, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TEMPORARILY RELEASING COURTNEY
WEMMER FROM CUSTODY
Page 1 of 2

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA 98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Presented By: |
| 4 | /s/ Gary M. Clower<br>GARY M. CLOWER WSB# 13720<br>Attorney for Defendant |
| 5 | |
| 6 | Approved As To Form;<br>Notice of Presentment Waived: |
| 7 | |
| 8 | Electronically Approved<br>ARLEN STORM, WSB# 17330<br>Prosecuting Attorney |

Presented By:

/s/ Gary M. Clower
GARY M. CLOWER WSB# 13720
Attorney for Defendant

Approved As To Form;
Notice of Presentment Waived:

Electronically Approved
ARLEN STORM, WSB# 17330
Prosecuting Attorney

ORDER TEMPORARILY RELEASING COURTNEY WEMMER FROM CUSTODY
Page 2 of 2

LAW OFFICES OF
**GARY M. CLOWER**
535 East Dock Street, Suite 100
Tacoma, WA 98402
Tacoma: (253) 383-5346
Seattle: (253) 838-9088
Facsimile: (253) 572-6662